AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 11950761

for the

District of Columbia

**RECEVED**
By USMS District of Columbia District Court at 3:07 pm, Apr 17, 2026

United States of America
v.
CHRISTIAN ALVAREZ

*Defendant*

Case: 1:26-cr-00085
Assigned To: Judge Nichols, Carl J.
Assign Date: 4/16/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTIAN ALVAREZ,
who is accused of an offense or violation based on the following document filed with the court:

- ☑ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - (Conspiracy to Possess, Sell, Transport, and Export Stolen Motor Vehicles)

18 U.S.C. § 2313; 18 U.S.C. § 2 - (Possession/Receipt/Storage of Stolen Motor Vehicles, and Aiding and Abetting)

18 U.S.C. § 2312; 18 U.S.C. § 2 - (Interstate Transportation of Stolen Motor Vehicle, and Aiding and Abetting)

22 D.C. Code § 3211, 3212(a) - (First Degree Theft)

Date: 04/16/2026

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/17/2026, and the person was arrested on *(date)* 10/21/2026
at *(city and state)* Los Angeles.

Date: 10/21/2026

*Arresting officer's signature*

SA Ingrid Potten
*Printed name and title*